CHESTER G. RYERSON, APPELLANT, v. ELLA A. CARTER, RESPONDENT.

Argued June 20, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 363.

For the appellant, *Lefferts S. Hoffman.*

For the respondents, *Joseph M. Degnan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Black in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, MINTURN, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, ACKERSON, JJ.   11.

*For reversal*—None.